UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KUMER, et al.

_____
Plaintiff(s)

vs.                                                                 Civil Action No.: 18-cv-7449

HEZBOLLAH,

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (xxxxxxxxxxxxxxxxxxxxxxxxxxxx) to (list name(s) and address(es) of defendants):

Mohammed Raad
Parliament of the Lebanese Republic
Al-Nejmeh Square
Beirut, Lebanon

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is is not prohibited by the domestic law of Lebanon. See Allergan, Inc. v. Dermavita Ltd. P'ship, 2017 WL 4769511, at *3 (C.D. Cal. July 26, 2017) (finding that service by DHL on defendant located in Lebanon is not prohibited by Lebanese law, and constitutes valid service under FRCP 4(f)(2)(C)(ii)).

/s/ Robert J. Tolchin
(Signature)

The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

(Name and Address)