UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MALKA KUMER; CHANA LIBA KUMER; and
MIRIAM ALMACKIES,

                      Plaintiffs,

-against-

HEZBOLLAH
(a/k/a Hizbullah, Hezballah, Hizballah),

                      Defendant.

-------------------------------------------------------------------X

Case No. 18-cv-7449-CBA-TAM

**<u>NOTICE OF MOTION</u>**

C O U N S E L:

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated December 16, 2024, and the attachments thereto; upon the attached Declaration of Robert J. Tolchin and the exhibits thereto; and upon the pleadings and proceedings heretofore had herein, the plaintiffs will move this Court, at the Courthouse located at 225 Cadman Plaza, Brooklyn, New York, at a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for an order:

    a)    ENTERING final judgment by default against defendant Hezbollah, and in favor of the plaintiffs, in the following amounts:

| | |
|---|---|
| Plaintiff Miriam Almackies: | $7.5 million. |
| Plaintiff Malka Kumer: | $7.5 million. |
| Plaintiff Chana Liba Kumer: | $6 million. |

    b)    GRANTING such other and further relief as is just and proper under the circumstances.

Dated: Brooklyn, New York
December 16, 2024

        Respectfully submitted,

        THE BERKMAN LAW OFFICE, LLC
        *Attorneys for the Plaintiff*

        by: _____
             Robert J. Tolchin

        829 East 15th Street, Box 7
        Brooklyn, New York 11230
        718-855-3627
        rtolchin@berkmanlaw.com