```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MALKA KUMER; CHANA LIBA KUMER; and
MIRIAM ALMACKIES,
                    Plaintiffs,                              NOT FOR PUBLICATION
     -against-                                               MEMORANDUM & ORDER
                                                             18-cv-7449 (CBA) (TAM)
HEZBOLLAH,
                    Defendant.
------------------------------------------------------------x
```

**AMON, United States District Judge:**

On December 31, 2018, Plaintiffs filed suit against Hezbollah. Plaintiffs brought this action pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, seeking to recover compensatory damages for harms they suffered due to rocket and missile attacks on civilians in Israel committed by Hezbollah in 2006 and costs incurred, including attorney's fees. (See ECF Docket Entry ("D.E.") # 21).) Since the commencement of this litigation, Defendant has failed to make an appearance or otherwise respond to the complaint. Defendant has been properly served all required papers. (D.E. ## 26, 38; see D.E. #37 ("R&R") at 2-4.)

I assume familiarity with the procedural history of this case. Before me now is the report and recommendation of the Honorable Taryn A. Merkl, United States Magistrate Judge, concerning Plaintiffs' partial motion for a default judgment as to damages. (D.E. # 49 ("R&R").)

When deciding whether to adopt an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)). No party has objected to the

1

R&R, and the time for doing so has passed. After reviewing the record and finding no clear error, I adopt the R&R in full. Therefore, I grant Plaintiffs' motion for partial default judgment as to damages for their ATA claim. The Clerk of Court is respectfully directed to enter judgment for Plaintiff Miriam Almackies for $7.5 million, for Plaintiff Chana Liba Kumer for $6 million, and for Plaintiff Malka Kumer for $7.5 million consistent with this Order and to close the case.

SO ORDERED.

Dated: September 16, 2025
Brooklyn, New York

Carol Bagley Amon
United States District Judge